AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED

2007 JUL -2 P 2: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

BARAJAS-Calderon, Jesus
(Name and Address of Defendant)

CASE NUMBER: 07 70395 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __June 8, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                               Official Title

facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                                    ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

7/2/07 _____ at __San Jose, California__
Date                                                     City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer                                       Signature of Judicial Officer

RE: BARAJAS-Calderon, Jesus A30 009 295

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)  Mr. BARAJAS-Calderon is a 36-year-old male who has used twelve (12) aliases and two (2) dates of birth in the past.

(2)  Mr. BARAJAS-Calderon has been assigned one (1) Alien Registration number of A30 009 295, FBI number of 104468VA6, California Criminal Information Index number of A08604759, and a Santa Clara County Personal File Number of DVB182.

(3)  Mr. BARAJAS-Calderon is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on three (3) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
| --- | --- |
| September 11, 1997 | Calexico, CA |
| September 2, 1999 | Laredo, TX |
| November 29, 2003 | San Ysidro, CA |

(4)  Mr. BARAJAS-Calderon last entered the United States at or near San Ysidro, CA on or after November 29, 2003, by crossing the international border without inspection subsequent to deportation.

(5)  Mr. BARAJAS-Calderon on a date unknown, but no later than June 8, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On June 26, 2007, Mr. BARAJAS-Calderon was interviewed by Immigration Enforcement Agent (IEA) Brian Trenner at the Santa Clara Co Jail Elmwood, Milpitas, CA, and during that interview, Mr. BARAJAS-Calderon was advised of his **Miranda** rights in English. Mr. BARAJAS-Calderon waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: BARAJAS-Calderon, Jesus A30 009 295

(6) Mr. BARAJAS-Calderon was, on December 23, 1994, convicted in the Superior Court of California, in and for the County of Yolo, for the offense of BURGLARY IN SECOND DEGREE, an aggravated felony, in violation of Section 459 of the California Penal Code, and was sentenced to sixteen (16) months in prison.

(7) Mr. BARAJAS-Calderon was, on May 29, 1997, convicted in the Superior Court of California, in and for the County of Orange, for the offense of POSSESSION OF CONTROLLED SUBSTANCE, a felony, in violation of Section 11377(a) of the California Health and Safety Code, and was sentenced to one hundred eighty (180) days in jail.

(8) Mr. BARAJAS-Calderon was, on January 21, 1999, convicted in the Superior Court of California, in and for the County of Sacramento, for the offense of BURGLARY, a misdemeanor, in violation of Section 459 of the California Penal Code, and was sentenced to forty five (45) days in jail.

(9) Mr. BARAJAS-Calderon was, on April 21, 1999, convicted in the United States District Court, Eastern District of California, for the offense of ILLEGAL ENTRY, in violation 8 United States Code Section 1325(a)(1), and was sentenced to six (6) months.

(10) Mr. BARAJAS-Calderon was, on November 25, 2002, convicted in the United States District Court, Eastern District of California, for the offense of ILLEGAL ENTRY, in violation of 8 United States Code Section 1325(a)(1) and POSSESSION OF FALSELY MADE UNITED STATES ID CARD, in violation of 18 United States Code Section 1028(a)(6), and was sentenced to 1 year.

(11) On the basis of the above information, there is probable cause to believe that Mr. BARAJAS-Calderon illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 2 day of July, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE